# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE A. HERRERA-MANJARREZ,<br><br>Defendant. | Case No. 20-CR-3220 TWR<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Todd W. Robinson |

The United States has filed a motion to dismiss this case without prejudice. That motion is granted, and it is hereby ordered that the criminal Information in the above-entitled action be dismissed without prejudice.

**SO ORDERED.**

Dated: January 4, 2021

_____
The Honorable Todd W. Robinson
UNITED STATES DISTRICT JUDGE